ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
2015 NOV -4 PM 3:55

DEPUTY CLERK ___NT___

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| TRAVIS MITCHELL | 3-15CR0493-N |

## INDICTMENT

The Grand Jury Charges:

Count One
Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about March 18, 2015, in the Dallas Division of the Northern District of Texas, **Travis Mitchell**, defendant, knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Indictment - Page 1

## Count Two
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(A))

On or about March 18, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Travis Mitchell**, did knowingly possess a firearm, a Glock 17 pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession of a Controlled Substance with Intent to Distribute, as alleged in Count One of this Indictment.

In violation of 18 U.S.C. § 924(c)(1)(A).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One or Two of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Travis Mitchell**, shall forfeit to the United States of America, the following:

1. A Glock 17 pistol and any accompanying ammunition

A TRUE BILL

_____
FOREPERSON


JOHN R. PARKER
UNITED STATES ATTORNEY

_____
TALY HAFFAR
Assistant United States Attorney
Texas Bar No. 24038935
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8821
Facsimile: 214.767.0978
Email: taly.haffar@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

TRAVIS MITCHELL

INDICTMENT

21 U.S.C. §841(a)(1) and (b)(1)(C)
Possession of a Controlled Substance
with Intent to Distribute

18 U.S.C. §924(c)(1)(A)
Possession of a Firearm in Furtherance
of a Drug Trafficking Crime

18 U.S.C. §924(d) and 28 U.S.C. §2461(c)
Forfeiture Notice

(2 COUNTS)

A true bill rendered

DALLAS                                                                                              FOREPERSON

Filed in open court this 4th day of November, 2015

**WARRANT TO ISSUE FOR DEFENDANT TRAVIS MITCHELL**

UNITED STATES DISTRICT/MAGISTRATE JUDGE
(No Criminal Case Pending)