Case 3:15-cr-00493-N   Document 10   Filed 05/18/17   Page 1 of 1   PageID 23

ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2017 MAY 18 PM 2:00

CLERK OF COURT

AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern _____ District of _____ Texas

UNITED STATES OF AMERICA

V.

Travis Mitchell

## WARRANT FOR ARREST

Case Number: 3:15-cr-00493-N

2015 NOV -5 PM 1:27
U.S. MARSHALS SERVICE N/TX
DALLAS, TEXAS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Travis Mitchell
                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ✓ Indictment | Information | Complaint | Order of court | Probation Violation Petition | Supervised Release Violation Petition | Violation Notice |

charging him or her (brief description of offense)

Possession of a Controlled Substance with Intent to Distribute
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

in violation of Title  21 & 18  United States Code, Section(s)  841(a)(1) and (b)(1)(C); 924(c)(1)(A)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Karen Mitchell
Signature of Issuing Officer



United States Magistrate Judge Paul Stickney   11/5/2015   Dallas, TX
                                                                             Date              Location

By: s/B. Boles
    Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Executed per writ

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-5-2015 | Anton Ebert  Deputy Marshal | #30090 |
| DATE OF ARREST 5-17-2017 | | 9936405 |