AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 MAY 24 P 2: 35

DEPUTY CLERK_____

UNITED STATES OF AMERICA

V.

Travis Mitchell

**WARRANT FOR ARREST**

Case Number: 3:15-cr-00493-N

2015 NOV -5 PM 1: 27
US MARSHALS SERVICE N/TX
DALLAS, TEXAS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Travis Mitchell
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ✓ Indictment | Information | Complaint | Order of court | Probation Violation Petiton | Supervised Release Violation Petition | Violation Notice |

charging him or her (brief description of offense)

Possession of a Controlled Substance with Intent to Distribute
Possession of a Firearm in Furtherance of a Drug Trafficking Crime

in violation of Title  21 & 18  United States Code, Section(s)  841(a)(1) and (b)(1)(C); 924(c)(1)(A)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

United States Magistrate Judge Paul Stickney        11/5/2015        Dallas, TX
                                                                            Date            Location

By: s/B. Boles
    Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Dallas TX

DATE RECEIVED: 5/9/17
DATE OF ARREST: 5/9/17

NAME AND TITLE OF ARRESTING OFFICER

SIGNATURE OF ARRESTING OFFICER

DUSM

9936405