3:15-cr-493-N

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 7 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy**

To whom it may concern,

My name is Travis T. Mitchell a Federal Inmate at the Mansfield City Jail. On June 16th 2017 my case was Dismissed I writing you to find out why I'm still in custody and to ask if you can please check into the matter.

Thank you and God Bless

Sincerely,

[signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 3:15-CR-493-N |
| TRAVIS MITCHELL | |

ORDER

Before the Court is the Government's Motion to Dismiss that was filed on June 14, 2017. After reviewing the Motion, the Court finds it is meritorious, and therefore it should be GRANTED. Accordingly, the indictment in the above-referenced case is hereby DISMISSED WITH PREDJUDICE.

SIGNED on this the 16th day of June, 2017.

DAVID C. GODBEY
United States Distric Judge

NORTH TEXAS TX PSDC
DALLAS TX 750
02 AUG 2017 PM 3 L

United States District Court
Office of The Clerk
Northern District of Texas
1100 Commerce Room-1452
Dallas TX 75242

RECEIVED
AUG -7 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

75242-131052

INMATE CORRESPONDENCE

Travis T. Mitchell #387854
Mansfield Law Enforcement Center
1601 Heritage Pkwy.
Mansfield TX 76063